FILED BY _____ D.C.

SEP 26 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **19-20631-CR-GAYLES**

**MAGISTRATE JUDGE OTAZO-REYES**

18 U.S.C. § 1349
18 U.S.C. § 1344
18 U.S.C. § 1028A
18 U.S.C. § 1956(h)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 981(a)(1)(C)
18 U.S.C. § 982(a)(2)
18 U.S.C. § 924(d)(1)

**UNITED STATES OF AMERICA**

v.

**CARLOS MIGUEL RODRIGUEZ, SR.,**
    a/k/a "Il Padrino,"
**CARLOS MIGUEL RODRIGUEZ,**
    a/k/a "Carlito,"
**TAILY RODRIGUEZ,**
**RAUL ALFREDO ALPIZAR GONZALEZ,**
    a/k/a "Raulito,"
**MAIPU FONSECA, and**
**KENNY FRANCHIE ALFARO,**

    Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

## GENERAL ALLEGATIONS

At various times material to this Indictment:

1. Defendant **CARLOS MIGUEL RODRIGUEZ, SR.** was a resident of Miami, Florida.

2. Defendant **CARLOS MIGUEL RODRIGUEZ** was a resident of Miami, Florida.

3. Defendant **TAILY RODRIGUEZ** was a resident of Miami, Florida.

4. Defendant **RAUL ALFREDO ALPIZAR GONZALEZ** was a resident of Miami, Florida.

5. Defendant **MAIPU FONSECA** was a resident of Miami, Florida.

6. Defendant **KENNY FRANCHIE ALFARO** was a resident of Miami, Florida.

7. Bank of America ("BOA"), Bank of American Fork ("BOAF"), Bank of the West ("BOTW"), CBBC Bank ("CBBC"), Citizen's Bank ("CB"), JP Morgan Chase ("JPMC"), KeyBank National Association ("KB"), Regions Bank ("Regions"), Santander Bank, N.A. ("Santander"), Suntrust Bank ("Suntrust"), TD Bank ("TD"), U.S. Bank ("USB"), Wells Fargo N.A. ("Wells Fargo"), Woodforest National Bank ("WFNB"), and Zion First National Bank ("Zion") were financial institutions with deposits insured by the Federal Deposit Insurance Corporation.

8. BOA, BOAF, BOTW, CBBC, CB, JPMC, KB, Regions, Santander, Suntrust, TD, USB, Wells Fargo, WFNB, and Zion provided account holders with access over the telephone to customer service representatives at call centers located outside the State of Florida, so that their customers could obtain or update their account information.

9. BOA, BOAF, BOTW, CBBC, CB, JPMC, KB, Regions, Santander, Suntrust, TD, USB, Wells Fargo, WFNB, and Zion also maintained and operated Internet sites for online banking which allowed their customers to view account information, transfer funds, and order checks.

10. BOA, BOAF, BOTW, CBBC, CB, JPMC, KB, Regions, Santander, Suntrust, TD, USB, Wells Fargo, WFNB, and Zion protected customer accounts and account information in various ways which included requirements to verify their identities with certain types of information such as birth dates and social security numbers.

### COUNT 1
### Conspiracy to Commit Bank Fraud and Wire Fraud
### (18 U.S.C. § 1349)

1. Paragraphs 1 through 10 of the General Allegations section of this Indictment are realleged and incorporated by reference as though fully set forth herein.

2. From at least as early as in or around 2015, and continuing through in or around September 2019, in Miami-Dade, Broward, and Palm Beach Counties, in the Southern District of Florida, and elsewhere, the defendants,

**CARLOS MIGUEL RODRIGUEZ, SR.,**
a/k/a "Il Padrino,"
**CARLOS MIGUEL RODRIGUEZ,**
a/k/a "Carlito,"
**TAILY RODRIGUEZ,**
**RAUL ALFREDO ALPIZAR GONZALEZ,**
a/k/a "Raulito,"
**MAIPU FONSECA, and**
**KENNY FRANCHIE ALFARO,**

did willfully, that is, with the intent to further the objects of the conspiracy, and knowingly, combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury, to commit certain offenses against the United States, that is:

a) to knowingly, and with intent to defraud, execute, and cause the execution of a scheme and artifice to defraud a financial institution, such as, BOA, BOAF, BOTW, CBBC, CB, JPMC, KB, Regions, Santander, Suntrust, TD, USB, Wells Fargo, WFNB, and Zion, which scheme and artifice would employ a material falsehood, and to knowingly and with intent to defraud, execute, and cause the execution of a scheme and artifice to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of said financial institution, by means of materially false and fraudulent pretenses, representations and promises relating to a material fact, in violation of Title 18, United States Code, Section 1344(1) and (2); and

b) to knowingly, and with intent to defraud, devise and intend to devise a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that the pretenses, representations, and promises were false and fraudulent when made, and to knowingly transmit and cause to be transmitted, by means of wire communications in interstate commerce, certain writings, signs, signals, pictures and sounds for the purpose of executing the scheme and artifice, which affected a financial institution, in violation of Title 18, United States Code, Section 1343.

## PURPOSE OF THE CONSPIRACY

3. It was the purpose of the conspiracy for **CARLOS MIGUEL RODRIGUEZ, SR., CARLOS MIGUEL RODRIGUEZ, TAILY RODRIGUEZ, RAUL ALFREDO ALPIZAR GONZALEZ, MAIPU FONSECA,** and **KENNY FRANCHIE ALFARO** and their co-conspirators to unlawfully enrich themselves by defrauding numerous financial institutions through impersonation of account holders and the creation and negotiation of counterfeit checks, in order to cause the improper and unauthorized release of funds to the defendants and their co-conspirators, for their personal use and benefit, the use and benefit of others, and to further the fraud.

## MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the defendants and their co-conspirators sought to accomplish the objects and purpose of the conspiracy included, among other things:

4. Defendants **CARLOS MIGUEL RODRIGUEZ, SR., CARLOS MIGUEL RODRIGUEZ, TAILY RODRIGUEZ, KENNY FRANCHIE ALFARO,** and other co-conspirators improperly obtained bank account numbers and personal identification information, including names, birth dates, and social security numbers, for account holders at BOA, BOAF, BOTW, CBBC, CB, JPMC, KB, Regions, Santander, Suntrust, TD, USB, Wells Fargo, WFNB, and Zion, among others.

4

5. Defendant **CARLOS MIGUEL RODRIGUEZ** and other co-conspirators would utilize the improperly obtained information, such as account numbers and personal identification information, to impersonate account holders during telephone calls to customer service centers for BOA, BOAF, BOTW, CBBC, CB, JPMC, KB, Regions, Santander, Suntrust, TD, USB, Wells Fargo, WFNB, and Zion, among others, in order to obtain additional account information and to change contact information for the account.

6. Defendant **CARLOS MIGUEL RODRIGUEZ** and other co-conspirators would utilize the improperly obtained information, such as account numbers and personal identification information, to gain online access to bank accounts at BOA, BOAF, BOTW, CBBC, CB, JPMC, KB, Regions, Santander, Suntrust, TD, USB, Wells Fargo, WFNB, and Zion, among others, in order to examine balances and recent transactions without the authorization, knowledge, or consent of the true account holder.

7. **CARLOS MIGUEL RODRIGUEZ, TAILY RODRIGUEZ, KENNY FRANCHIE ALFARO** and other co-conspirators created counterfeit checks, drawn from the improperly accessed bank accounts, and made the checks payable to individuals recruited by **CARLOS MIGUEL RODRIGUEZ, SR., RAUL ALFREDO ALPIZAR GONZALEZ, MAIPU FONSECA** and others, who were willing to cash the counterfeit checks in exchange for a portion of the proceeds.

8. Once the counterfeit checks were created, **CARLOS MIGUEL RODRIGUEZ** and **TAILY RODRIGUEZ** provided the counterfeit checks to **CARLOS MIGUEL RODRIGUEZ, SR., KENNY FRANCHIE ALFARO, RAUL ALFREDO ALPIZAR GONZALEZ, MAIPU FONSECA** and other co-conspirators who drove the recruited individuals to cash the counterfeit checks at branches for BOA, BOAF, BOTW, CBBC, CB, JPMC, KB, Regions, Santander,

Suntrust, TD, USB, Wells Fargo, WFNB, and Zion, among others, on many occasions at branches located out-of-state.

9. Once the checks were successfully cashed, **CARLOS MIGUEL RODRIGUEZ, SR., CARLOS MIGUEL RODRIGUEZ, TAILY RODRIGUEZ, KENNY FRANCHIE ALFARO, RAUL ALFREDO ALPIZAR GONZALEZ, MAIPU FONSECA**, the check cashers, and other co-conspirators shared the proceeds of the unlawfully obtained funds.

All in violation of Title 18, United States Code, Section 1349.

## COUNTS 2-3
### Bank Fraud
### (18 U.S.C. § 1344)

1. The General Allegations section of this Indictment is re-alleged and incorporated by reference as though fully set forth herein.

2. From in or around 2015, and continuing through in or around September 2019, in Miami-Dade, Broward County, and Palm Beach Counties, in the Southern District of Florida, and elsewhere, the defendant,

**CARLOS MIGUEL RODRIGUEZ, SR.**
and
**CARLOS MIGUEL RODRIGUEZ,**

did knowingly, and with the intent to defraud, devise, and intend to devise, a scheme and artifice to defraud financial institutions, that is, BOA, BOAF, BOTW, CBBC, CB, JPMC, KB, Regions, Santander, Suntrust, TD, USB, Wells Fargo, WFNB, and Zion, among others, which scheme and artifice would employ a material falsehood, and to knowingly and with intent to defraud, execute, and cause the execution of a scheme and artifice to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of said financial institution, by means of materially false and fraudulent pretenses, representations and promises relating to a material fact, in violation of Title 18, United States Code, Section 1344(1) and (2).

**PURPOSE OF THE SCHEME AND ARTIFICE**

3. It was the purpose of the scheme and artifice for the defendant and his accomplices to unlawfully enrich themselves by defrauding financial institutions, such as BOA, JPMC, TD, Regions, Santander, and Suntrust, among others, and their customers, through the impersonation of account holders and the creation and negotiation of counterfeit checks, in order to cause the improper and unauthorized release of funds to the defendant and his accomplices for their personal use and benefit, the use and benefit of others, and to further the fraud.

**SCHEME AND ARTIFICE**

4. Paragraphs 4 through 9 of the Manner and Means section of Count 1 of this indictment are re-alleged and incorporated by reference as though fully set forth herein as a description of the scheme and artifice.

**EXECUTION OF THE SCHEME AND ARTIFICE**

5. On or about the dates specified below, in Miami-Dade County, in the Southern District of Florida, **CARLOS MIGUEL RODRIGUEZ, SR.**, and **CARLOS MIGUEL RODRIGUEZ,** did knowingly and with the intent to defraud, execute, and cause the execution of a scheme and artifice to defraud financial institutions, that is, BOA, JPMC, TD, Regions, Santander, and Suntrust, which scheme and artifice would employ a material falsehood, and did knowingly and with intent to defraud, execute, and cause the execution of a scheme an artifice to obtain moneys, funds, credits, assets, securities and other property owned by, and under the control and custody of said financial institutions, by means of materially false and fraudulent pretenses, representations and promises relating to a material fact, as specified below:

| COUNT | APPROX. DATE | ACT IN EXECUTION OF THE SCHEME |
|---|---|---|
| 2 | April 6, 2018 | Cashed counterfeit check numbered 3147 for $5,370.11 from the Wells Fargo account ending in 9883 |
| 3 | April 6, 2018 | Cashed counterfeit check numbered 3148 for $5,485.612 from the Wells Fargo account ending in 9883 |

All in violation of Title 18, United States Code, Sections 1344 and 2.

## COUNTS 4-7
### Aggravated Identity Theft
### (18 U.S.C. § 1028A(a)(1))

On or about the date specified below, in Miami-Dade County, in the Southern District of Florida, and elsewhere the defendants,

**CARLOS MIGUEL RODRIGUEZ, SR.**
and
**CARLOS MIGUEL RODRIGUEZ,**

during and in relation to a felony violation of Title 18, United States Code, Section 1349, that is, conspiracy to commit bank fraud and wire fraud, as charged in Count 1, did knowingly transfer, possess and use, without lawful authority, the means of identification of another person, as specified in each count below:

| COUNT | APPROX. DATE | DEFENDANT | MEANS OF IDENTIFICATION |
|---|---|---|---|
| 4 | August 1, 2018 | **CARLOS MIGUEL RODRIGUEZ** | The name and social security number of "D.M.R." |
| 5 | August 15, 2018 | **CARLOS MIGUEL RODRIGUEZ** | The name and social security number of "J.K." |
| 6 | October 3, 2018 | **CARLOS MIGUEL RODRIGUEZ, SR.** | The name and social security number of "K.C.D." |
| 7 | October 3, 2018 | **CARLOS MIGUEL RODRIGUEZ, SR.** | The name and social security number of "N.P.R." |

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## COUNT 8
## Conspiracy to Commit Money Laundering
## (18 U.S.C. § 1956(h))

From at least as early as in or around 2015, and continuing through in or around September 2019, in Miami-Dade, Broward, and Palm Beach Counties, in the Southern District of Florida, and elsewhere, the defendants,

**CARLOS MIGUEL RODRIGUEZ, SR.,
CARLOS MIGUEL RODRIGUEZ,
TAILY RODRIGUEZ,
RAUL ALFREDO ALPIZAR GONZALEZ,
MAIPU FONSECA, and
KENNY FRANCHIE ALFARO,**

did willfully, that is, with the intent to further the object of the conspiracy, and knowingly combine, conspire, confederate, and agree with each other and with others known and unknown to the United States Attorney, to violate Title 18, United States Code, Section 1956, that is, to knowingly conduct a financial transaction affecting interstate commerce, which financial transaction involved the proceeds of specified unlawful activity, knowing the property involved in the financial transaction represented the proceeds of some form of unlawful activity, and knowing that such transaction was designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

It is further alleged that the specified unlawful activity is conspiracy to commit bank and wire fraud, in violation of Title 18, United States Code, Section 1349, and bank fraud, in violation of Title 18, United States Code, Section 1344.

All in violation of Title 18, United States Code, Section 1956(h).

9

## COUNT 9
**Possession of a Firearm and Ammunition by a Convicted Felon**
**(18 U.S.C. § 922(g)(1)))**

On or about October 3, 2018, in Miami-Dade County, in the Southern District of Florida, the defendant,

**CARLOS MIGUEL RODRIGUEZ, SR.,**

knowingly possessed a firearm and ammunition in and affecting interstate and foreign commerce, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS
**(18 U.S.C. § 982(a)(2)(A))**
**(18 U.S.C. § 982(a)(1))**
**(18 U.S.C. § 924(d)(1))**

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which any of the defendants, **CARLOS MIGUEL RODRIGUEZ, SR., CARLOS MIGUEL RODRIGUEZ, TAILY RODRIGUEZ, RAUL ALFREDO ALPIZAR GONZALEZ, MAIPU FONSECA,** and **KENNY FRANCHIE ALFARO,** have an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1344 or 1349, as alleged in this Indictment, the defendant shall forfeit to the United States any property constituting, or derived from, proceeds the person obtained directly or indirectly, as a result of such violation, pursuant to Title 18, United States Code Section 982(a)(2)(A).

3. Upon conviction of a violation of Title 18, United States Code, Section 1956(h), as alleged in this Indictment, the defendant shall forfeit to the United States of America any property, real or personal, involved in such offense, and any property traceable to such property pursuant to Title 18, United States Code, Section 982(a)(1).

10

4. Upon conviction of a violation of Title 18, United States Code, Section 922(g)(1) or any other criminal law of the United States, as alleged in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), any firearm or ammunition involved in or used in the commission of such violation.

5. The property subject to forfeiture includes, but is not limited to:

   a. Real property located at 9748 Little River Drive, Miami, Florida 33147;

   b. One (1) 2018 Mercedes Benz AMG S63, bearing Vehicle Identification Number ("VIN") WDDUG8JB1JA370628;

   c. One (1) 2013 Mercedes Benz SUV, bearing VIN 4JGDF7DE4DA264803;

   d. One (1) 39' Midnight Express boat, bearing hull number: EXK03914L900;

   e. One (1) 2009 trailer, bearing VIN REL384015316TX391;

   f. One (1) Rolex watch, bearing serial number: 8KH67166;

   g. One (1) Jimenez Arms 9 mm pistol, serial number 345559; and

   h. Eleven (11) rounds of Luger 9 mm ammunition.

6. If any of the property described above, as a result of any act or omission of the defendants:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

11

All pursuant to Title 18, United States Code, Sections 924(d)(1) and 982(a)(1) and (a)(2)(A) and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 982(b)(1).

A TRUE BILL

_____
FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
ELIZABETH YOUNG
SPECIAL ASSISTANT UNITED STATES ATTORNEY

12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

CARLOS MIGUEL RODRIGUEZ SR, et al.,

Defendants
_____/

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

Court Division: (Select One)
✓ Miami ___ Key West
___ FTL ___ WPB ___ FTP

New defendant(s)         Yes ___  No ___
Number of new defendants ___
Total number of counts   ___

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) Yes
   List language and/or dialect _____

4. This case will take __6-10__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)

   I    0 to 5 days    ___              Petty    ___
   II   6 to 10 days   ✓                Minor    ___
   III  11 to 20 days  ___              Misdem.  ___
   IV   21 to 60 days  ___              Felony   ✓
   V    61 days and over ___

6. Has this case previously been filed in this District Court?  (Yes or No) No
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No) No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)  No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ___   No ✓

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ___   No ✓

_____
Elizabeth Young
Special Assistant United States Attorney
Court ID A5501858

*Penalty Sheet(s) attached

REV 8/13/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

**Defendant's Name:** CARLOS MIGUEL RODRIGUEZ, SR.

**Case No:** _____

Count #: 1

Conspiracy to Commit Bank and Wire Fraud

Title 18, United States Code, Section 1349

***Max. Penalty:** Thirty (30) Years' Imprisonment

Count #: 2-3

Bank Fraud

Title 18, United States Code, Section 1344

***Max. Penalty:** Thirty (30) Years' Imprisonment

Counts #: 4-7

Aggravated Identity Theft Related to Conspiracy to Commit Bank Fraud

Title 18, United States Code, Section 1028A(a)(1)

***Max. Penalty:** Two (2) Years' Imprisonment

Count #: 8

Conspiracy to Commit Money Laundering

Title 18, United States Code, Section 1956 (h)

***Max. Penalty:** Twenty (20) Years' Imprisonment

Count #: 9

Possession of a Firearm by a Convicted Felon

Title 18, United States Code, Section 922(g)(1)

**\*Max. Penalty:** Ten (10) Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** CARLOS MIGUEL RODRIGUEZ

**Case No:** _____

Count #: 1

Conspiracy to Commit Bank and Wire Fraud

Title 18, United States Code, Section 1349

**\*Max. Penalty:** Thirty (30) Years' Imprisonment

Counts #: 2-3

Bank Fraud

Title 18, United States Code, Section 1344

**\*Max. Penalty:** Thirty (30) Years' Imprisonment

Counts #: 4-7

Aggravated Identity Theft Related to Conspiracy to Commit Bank Fraud

Title 18, United States Code, Section 1028A(a)(1)

**\*Max. Penalty:** Two (2) Years' Imprisonment

Count #: 8

Conspiracy to Commit Money Laundering

Title 18, United States Code, Section 1956

**\*Max. Penalty:** Twenty (20) Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** TAILY RODRIGUEZ

**Case No:** _____

Count #: 1

Conspiracy to Commit Bank and Wire Fraud

Title 18, United States Code, Section 1349

**\*Max. Penalty:** Thirty (30) Years' Imprisonment

Count #: 8

Conspiracy to Commit Money Laundering

Title 18, United States Code, Section 1956

**\*Max. Penalty:** Twenty (20) Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** RAUL ALFREDO APLIZAR GONZALEZ

**Case No:** _____

Count #: 1

Conspiracy to Commit Bank and Wire Fraud

Title 18, United States Code, Section 1349

*****Max. Penalty:** Thirty (30) Years' Imprisonment

Count #: 8

Conspiracy to Commit Money Laundering

Title 18, United States Code, Section 1956

*****Max. Penalty:** Twenty (20) Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** MAIPU FONSECA

**Case No:** _____

Count #: 1

Conspiracy to Commit Bank and Wire Fraud

Title 18, United States Code, Section 1349

**\*Max. Penalty:** Thirty (30) Years' Imprisonment

Count #: 8

Conspiracy to Commit Money Laundering

Title 18, United States Code, Section 1956

**\*Max. Penalty:** Twenty (20) Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** KENNY FRANCHIE ALFARO

**Case No:** _____

Count #: 1

Conspiracy to Commit Bank and Wire Fraud

Title 18, United States Code, Section 1349

**\*Max. Penalty:** Thirty (30) Years' Imprisonment

Count #: 8

Conspiracy to Commit Money Laundering

Title 18, United States Code, Section 1956

**\*Max. Penalty:** Twenty (20) Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**