

**suabitol_suabitol**

20 likes

suabitol_suabitol First day 💸

View all 4 comments

JULY 19, 2016

GOVERNMENT EXHIBIT
CASE NO.
EXHIBIT NO. 1