

Image-1.jpg[8/28/2019 11:16:43 AM]

