<·>

<·>
<·>
<·>