## CHASE for BUSINESS
Printed from Chase for Business

Check

Front

```
                                              CHASE                      7190
                                          JP Morgan Chase Bank
                                              615 Baldwin
                                            Jenison, MI 49428
                                               9-32/720
                                                                      9/19/2018

PAY TO THE
ORDER OF   Eulises Perez Sanchez                          $ **3,650.00

Three Thousand Six Hundred Fifty and 00/100*************************************  DOLLARS


MEMO
                                                        [signature]
                                                    AUTHORIZED SIGNATURE
```

Back



| Post date | Check # | Check amount |
|---|---|---|
| Sep 26, 2018 | 7190 | $3,650.00 |

JPMorgan Chase Bank, N.A. Member FDIC    ©2018 JPMorgan Chase & Co.    Equal O...

**GOVERNMENT EXHIBIT**
AO386-C
CASE NO. _____
EXHIBIT NO. 4

# CHASE for BUSINESS
Printed from Chase for Business

**Check**

Front



Back



**Post date**  
Sep 26, 2018

**Check #**  
7192

**Check amount**  
$4,245.65

©2018 JPMorgan Chase & Co.          Equal Opportunity Lender

