**Digital Video Snapshot**
Site: General Population/Retail/USA/FL/Jacksonville/AU 66074 - San Marco
Camera Name: Teller 4
4/26/2019 2:29:17 PM (Eastern Daylight Time)



Capture Size: 352 x 240 pixels
Device Network Name: GBG610715
Device Serial Number: KBAAT1956
Device Station ID: 610715



AO386-C
GOVERNMENT EXHIBIT
CASE NO.
EXHIBIT NO. 5